UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Hechalou US LLC, Johanna Chen

Name(s) of counsel (if any):

Amanda G. Hyland (Buchalter APC)
Kelly Casey Mullally (Buchalter APC)

Address: 3475 Piedmont Rd. NE, Suite 1100, Atlanta, GA 30305

Telephone number(s): 404-832-7530

Email(s): ahyland@buchalter.com, kmullally@buchalter.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Yi-Sheng Fang, Hechalou International LLC

Name(s) of counsel (if any):

Kevin A. Adams (Mortenson Taggart Adams LLP)
Sandra G. Gibbs (Mortenson Taggart Adams LLP)

Address: 300 Spectrum Center Drive, Suite 1200, Irvine, CA 92618

Telephone number(s): 949-774-2224

Email(s): kadams@mortensontaggart.com, sgibbs@mortensontaggart.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                     1                                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Hechalou US LLC, Johanna Chen

Name(s) of counsel (if any):

Austin C. Vining (Buchalter APC)

Address: 3475 Piedmont Rd. NE, Suite 1100, Atlanta, GA 30305

Telephone number(s): (404) 832-7530

Email(s): avining@buchalter.com

Is counsel registered for Electronic Filing in the 9th Circuit? ⦿ Yes ◯ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                  2                  *New 12/01/2018*