|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 11 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

YI-SHENG FANG and HECHALOU INTERNATIONAL, LLC, a Delaware limited liability company,

    Plaintiff-ctr-defendants - Appellees,

 v.

HECHALOU US, LLC, a California limited liability company and JOHANNA CHEN, an individual, aka Johanna Du,

    Defendant-ctr-claimants - Appellants,

 v.

HECHALOUTEA CO., LTD., a Taiwanese company,

    Counter-defendant.

No. 25-5608

D.C. No. 8:25-cv-01180-PA-JDE
Central District of California, Santa Ana

ORDER

The unopposed motion (Docket Entry No. 5) for an extension of time to file the opening brief is granted.

The opening brief is due October 23, 2025. The answering brief is due November 24, 2025. The optional reply brief is due 21 days after the answering brief is served.

    FOR THE COURT:

    MOLLY C. DWYER
    CLERK OF COURT